IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IDALIA HOLLAND,

    Plaintiff

v.

POCONO REGIONAL POLICE, et al.,

    Defendants

3:13-CV-1406
(JUDGE MARIANI)

FILED
SCRANTON
JUL 3 1 2013

PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 31ST DAY OF JULY 2013, upon review of Magistrate Judge Carlson's Report & Recommendation (Doc. 22) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation (Doc. 22) is **ADOPTED**.

2. The Motions to Dismiss (Docs. 8, 10, 16, 20), Plaintiff's Motion for Summary Judgment (Doc. 12), and the Motion to Strike Plaintiff's Motion for Summary Judgment (Doc. 18) are **DISMISSED AS MOOT**.

3. Plaintiff's Motion to Amend Complaint (Doc. 23) is **DENIED AS MOOT**. The Court notes that Plaintiff already has filed her Second Amended Complaint (Doc. 26).

4. The case is remanded to Judge Carlson for further pre-trial proceedings.

_____
Robert D. Mariani
United States District Judge